## In re PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE, Debtor.

### Bankruptcy No. 88–00043.

United States Bankruptcy Court, D. New Hampshire.

April 20, 1990.

See also, Bkrtcy., 114 B.R. 800.

Richard Levin, for Public Service Co.

Geoffrey B. Kalmus, J. Michael Deasy, for Unsecured Creditors Committee.

Howard J. Berman, for Equity Committee.

Mark W. Vaughn, for Frederick J. Coolbroth, Manchester, N.H., for the State of N.H.

Susan N. Kenneally, for U.S. Trustee.

Barbara Gould Overend, for Citicorp and Consol. Utilities & Communications, Inc. (CUC).

Paul R. Gioia, Examiner, George A. Hahn, for the Examiner.

John B. Nolan, Jeffrey G. Grody, Janice B. Grubin, Janet V. Lanigan, for Northeast Utilities Service Co.

Ted A. Berkowitz, New York City, for First Fidelity, Nat. Ass'n, New Jersey, Indenture Trustee.

Bradford Paul Anderson, Newton, Mass., for New England Power Service.

Robert C. Richards, for Martin Rochman, Edward Kaufman, and Robert Richards.

## MEMORANDUM AND ORDER DISALLOWING INDEPENDENT POWER PRODUCER CLAIMS

JAMES E. YACOS, Bankruptcy Judge.

Various independent power producers (IPPs) filed proofs of claims in this chapter 11 case. Most of the claims were either fixed claims for power sold to the debtor before the commencement of the case or contingent claims for rejection or anticipatory breach of the arrangements under which the IPPs sell power to the debtor. These arrangements are either rate orders of the New Hampshire Public Utilities

Commission (the "NHPUC") or contracts between the debtor and the IPP. Public Service Company of New Hampshire filed objections to the claims of the IPPs. A hearing was held on the objections on April 13, 1990, at which numerous claimants were represented.

The Third Amended Joint Plan of Reorganization of Northeast Utilities Service Company et al., which has been the subject of confirmation hearings for six days during the weeks of April 2 and April 9, 1990, provides for assumption of all of these arrangements. Neither the Plan nor Public Service takes a position on whether the NHPUC rate orders constitute executory contracts within the meaning of section 365 of the Bankruptcy Code.

The Plan contemplates that after reorganization, the reorganized debtor may seek, either through NHPUC procedures and under and consistent with New Hampshire law or through voluntary renegotiation with the IPPs, to modify the prices and other terms of the arrangements under which the reorganized debtor would continue to buy power from these IPPs. Neither the Plan nor its feasibility is dependent on success in this effort. Under the Plan, most of the benefits of a reduction in the price paid under the IPP arrangements would inure to the benefit of the reorganized debtor's customers. Only 10% of the benefits of reductions in the prices paid to only thirteen IPPs listed in the Rate Agreement on which the Plan is based would inure to the benefit of the reorganized debtor.

The IPPs argue that they are entitled to the allowance in this chapter 11 case of unsecured claims in the aggregate amount of over $600 million on account of any damage they may suffer as a result of any modification ordered by the NHPUC in, or agreed to by themselves through renegotiation of, their power sale arrangements with the reorganized debtor after the Effective Date of the Plan. They do not argue that the reorganized debtor will be unable to perform the arrangements according to their terms, nor did they file any objection to assumption of the arrangements or to

confirmation of the Plan on that ground. Rather, they argue that the Plan provision that evidences the reorganized debtor's intent to seek modification of the arrangements under State law fails the test of "adequate assurance of future performance" of the existing arrangements, as required by section 365(b) of the Bankruptcy Code, because, if the reorganized debtor is successful in obtaining modification of the arrangements, the reorganized debtor will not be performing the arrangements as they currently exist.

Public Service objected to the allowance of any such claims. Public Service also objected to the allowance under the Plan as Class 10 (general unsecured) claims of any claims for power sold to the debtor before the commencement of this case for which the debtor had not yet paid, contending that any such claim would be paid as a cure of defaults under the power purchase arrangement, as required by section 365(b) of the Bankruptcy Code.

It is clear from the terms of the Plan, and the IPPs do not dispute, that the Plan provides for assumption of the power sale arrangements, subject to the reorganized debtor's intent to seek modification of the arrangements under State law after the Effective Date of the Plan. It is also clear from the record in this case, and the IPPs do not dispute, that the reorganized debtor is fully capable of performing the power sale arrangements according to their terms as they currently exist.

The only real question is whether contingent claims for over $600 million should be allowed on the theory that the Plan includes a Rate Agreement under which the reorganized debtor will seek modification, with the support of the State of New Hampshire, of the arrangements by the NHPUC, or will seek to renegotiate the arrangements with the IPPs. The issue is whether there is any *present* claim against this debtor based on these facts.

This Court finds that there is no anticipatory breach theory available to the IPPs based on these facts. The Plan and the Rate Agreement do not indicate breach. All that is contemplated is renegotiation or

a petition to the NHPUC, which may or may not have the power to order modification. If it does not have any such power, or if there is no right in the arrangement to modify, then the modification will not happen and the IPPs will suffer no damage. If the NHPUC does have such a power, and if there is a right to modify, as determined by the NHPUC in the proceeding that the reorganized debtor might commence, then the modification will not constitute a breach of the arrangement, and the IPP will not be entitled to any damages against the debtor or the reorganized debtor for a breach. The NHPUC might attach various terms and conditions to any modification which could include changed obligations on the part of the reorganized debtor, but this possibility does not create a *present* claim, contingent or noncontingent, against either the debtor or the reorganized debtor.

For the foregoing reasons, all objections to the claims of the IPP for contingent breach or rejection of the power sale arrangements should be sustained, and it is

ORDERED:

1. The objections of Public Service to the claims of the IPPs listed in paragraph 6 of this Order on the grounds that the claims constitute contingent claims for damages arising from rejection under the Plan of executory power sale arrangements are sustained.

2. The objections of Public Service to the allowance as general unsecured claims in Class 10 under the Plan of the claims of the IPPs listed in paragraph 6 of this Order on the grounds that the claims are for power sold to the debtor before the commencement of this chapter 11 case, which will be paid on the Effective Date of the Plan, are sustained, except that—

(a) this Order is without prejudice to the determination of the actual amount owing for power sold and not yet paid for; and

(b) the payment under the Plan on the Effective Date of the amounts actually allowed for power sold shall be with interest at the legal rate from the date on which such payments would have been due but for the commencement of the chapter 11 case to the date of payment.

3. Paragraphs 1 and 2 of this Order shall become void if confirmation of the Third Amended Joint Plan of Reorganization of Northeast Utilities Service Company et al. is denied or if the order of confirmation is vacated for any reason, including the failure of the Effective Date of the Plan to occur, as provided in the Plan.

4. Based on the stipulation of Public Service and the claimant on the record at the hearing, the objection of Public Service to Claim No. 8829900008 of American Hydro, Inc.—Peterborough, in the amount of $1700.00 for a prepetition prepayment for an interconnect study is sustained, and the claim is disallowed, without prejudice to any dispute between Public Service and the claimant over Public Service's performance of the interconnect study after the commencement of this case.

5. The objection of Public Service to Claim No. 8827700010 of Hillsboro Mills in the amount of $13,296.00 is sustained, and the claim is disallowed.

6. The claims to which paragraph 1 and 2 of this Order apply are listed on the Appendix to this Order.

DONE and ORDERED.

APPENDIX

| CLAIMANT | CLAIM NO. | CLAIM AMOUNT |
|---|---|---|
| Alden Engineering Company Greenville Road, RR # 1 Box 213 Mason, NH 03048 | | |
| | 8806400253 | 2,771.40 |

| CLAIMANT | CLAIM NO. | CLAIM AMOUNT |
|---|---|---|
| Alexandria Power Assoc. Ltd. Ptn.<br>c/o Legeis Resources, Inc.<br>1200 Crown Colony Drive<br>Quincy, MA 02169 | | |
| | 8931000003 | 43,435,917.00 |
| | 8829800029 | 348,935.00 |
| Ashuelot/HDI Associates, Inc.<br>10394 W. Chatfield Ave., Suite 108<br>Littleton, CO 80127 | | |
| | 8930000007 | 3,091,427.30 |
| Avery Hydroelectric Assoc.<br>Box 240, 36 Bay Street<br>Manchester, NH 03105 | | |
| | 8830200219 | 24,509.89 |
| | 8930000001 | 1,358,294.89 |
| Beech River Mill Company<br>Old Route 16<br>Center Ossippee, NH 03814 | | |
| | 8807100189 | 2,099.61 |
| | 8807400663 | 2,099.61 |
| Bethlehem Hydro Electric Co.<br>86 Lafayette Road, Box 947<br>North Hampton, NH 03862 | | |
| | 8806700424 | 1,700.00 |
| Bio Energy Corporation<br>Route 127<br>Hopkinton, NH 03301 | | |
| | 8830100060 | 923,522.60 |
| | 8931000004 | 59,830,443.90 |
| Boston Felt Company<br>on the Salmon Falls River<br>P.O. Box 6258<br>E. Rochester, NH 03867 | | |
| | 8806000369 | 4,125.60 |
| | 8930000002 | 278,494.60 |
| | 8829800304 | 4,125.60 |
| Briar Hydro Associates<br>114 State Street<br>Boston, MA 02109 | | |
| | 8830100242 | 167,092.59 |
| | 8930000003 | 8,566,683.59 |
| Bridgewater Power Company LP<br>c/o Comm. Energy Alternatives<br>1200 East Ridgewood Avenue<br>Ridgewood, NJ 07450 | | |
| | 8817200005 | 1,518,382.68 |
| | 8828400015 | 1,518,382.68 |
| | 8830100026 | 1,518,382.68 |
| | 8931000002 | 81,508,705.60 |
| Steven V. and Holly M. Brown<br>P.O. Box 1371<br>Dover, NH 03820 | | |
| | 8827700076 | 11.11 |
| Chamberlain Falls Hydro Station<br>Greenville Road, RR # 1<br>Box 213<br>Mason, NH 03048 | | |
| | 8806400018 | 963.19 |
| Charwill Realty<br>Badger Bond Hydro<br>P.O. Box 689<br>Meredith, NH 03253 | | |
| | 8829800302 | 7,317.28 |

| CLAIMANT | CLAIM NO. | CLAIM AMOUNT |
|---|---|---|
| Chrysler Capital Corp.<br>Greenwich Office Park I<br>Attn: Corporate Finance Group<br>Greenwich, CT 06836 | | |
| | 8830600049 | 8,000,000.00 |
| | 8830600050 | 12,000,000.00 |
| Clement Dam Development, Inc<br>P.O. Box 1011<br>Portsmouth, NH 03801 | | |
| | 8809800017 | 113,004.00 |
| | 8930000004 | 3,770,266.87 |
| Cocheco Falls Associates<br>P.O. Box 1073<br>Dover, NH 03820 | | |
| | 8830100237 | 41,229.10 |
| | 8930000005 | 1,147,467.30 |
| Concord Steam Corporation<br>P.O. Box 1377<br>Concord, NH 03302–1377 | | |
| | 8808400057 | 86,697.90 |
| Consolidated Hydro Maine, Inc.<br>c/o Consolidated Hydro, Inc.<br>2 Greenwich Plaza<br>Greenwich, CT 06830 | | |
| | 8930000010 | 3,298,973.69 |
| | 8830500035 | 12,312.69 |
| Consolidated Hydro New Hampshire, Inc.<br>c/o Consolidated Hydro, Inc.<br>2 Greenwich Plaza<br>Greenwich, CT 06830 | | |
| | 8930000008 | 756,557.00 |
| | 8930000009 | 1,426,269.29 |
| | 8930000006 | 1,533,996.25 |
| | 0000100008 | 53,320.25 |
| | 8830500034 | 74,661.29 |
| Paul Crane<br>172 Main Street<br>Lancaster, NH 03584 | | |
| | 8806300156 | 331.21 |
| Errol Hydroelectric Limited Partnership<br>c/o Swift River/Hafslund Company<br>100 Commercial Street<br>Portland, Maine 04101 | | |
| | 8930000011 | 10,438,651.40 |
| | 8829800303 | 274,111.40 |
| Exeter River Hydro<br>c/o Paul T. Phillips<br>Main Street<br>Freemont, NH 03044 | | |
| | 8930000012 | 45,299.98 |
| | 8829400142 | 689.98 |
| Fisk Hydro, Inc.<br>P.O. Box 2520<br>So. Hamilton, MA 01982 | | |
| | 8809800020 | 16,603.57 |
| Franklin Falls<br>P.O. Box 216<br>Franklin, NH 03235 | | |
| | 8807400748 | 73,415.12 |
| Franklin Industrial Complex<br>Smith & Canal Streets<br>Franklin, NH 03235 | | |
| | 8827800006 | 59,885.79 |

| CLAIMANT | CLAIM NO. | CLAIM AMOUNT |
|---|---|---|
| Garland Mill<br>RD1 Garland Road<br>Lancaster, NH 03584 | | |
| | 8806400117 | 268.11 |
| Goodrich Falls Hydro Electric<br>P.O. Box 152<br>Lowell, MA 01853 | | |
| | 8807100173 | 25,086.69 |
| | 8807400747 | 25,086.69 |
| Golden Pond Hydropower Associates<br>c/o Mainstreet Associates<br>George K. Lagassa<br>110 Lafayette Road, P.O. Box 947<br>North Hampton, NH 03862 | | |
| | 8829800305 | 9,734.26 |
| | 8930000013 | 342,744.26 |
| Gregg Falls Hydroelectric Associates<br>c/o Schooner Capital Corporation<br>99 Bedford Street<br>Boston, MA 02111 | | |
| | 8930000014 | 6,508,083.97 |
| | 8830200215 | 80,872.97 |
| Hadley Falls Assoc.<br>Box 240, 36 Bay Street<br>Manchester, NH 03105 | | |
| | 8930000015 | 143,327.33 |
| | 8830200217 | 8,236.33 |
| Hemphill Power & Light Company<br>c/o Thermo Electron of N.H. Inc.<br>Attn: Parimel Patel<br>101A First Avenue<br>Waltham, MA 02254-9047 | | |
| | 8931000005 | 68,643,692.20 |
| | 8831900006 | 1,375,390.20 |
| | 8827700680 | 1,375,390.20 |
| Hopkinton/HDI Associates I<br>10394 W. Chatfield Ave., Suite 108<br>Littleton, Colorado 80127 | | |
| | 8930000016 | 523,117.00 |
| Hydroelectric Dev. Inc. Assoc.<br>Bay Bank of Boston, NA<br>175 Federal Street<br>Boston, MA 02110 | | |
| | 8830300007 | 29,538.00 |
| | 8830300008 | 10,962.00 |
| Hydroelectric Dev., Inc.<br>Michael P. Demos, Pres.<br>10394 W. Chatfield Ave., Suite 108<br>Littleton, CO 80127 | | |
| | 8830300005 | 25,260.12 |
| | 8830300006 | 29,913.30 |
| Hydro–Op One Associates<br>c/o Schooner Capital Corporation<br>99 Bedford Street, 2nd Floor<br>Boston, MA 02111 | | |
| | 8930000017 | 2,224,003.00 |
| | 8830200216 | 64,953.00 |
| James River<br>New Hampshire Electric Inc.<br>650 Main Street<br>Berlin, NH 03570 | | |
| | 8806400191 | 5,941.16 |

| CLAIMANT | CLAIM NO. | CLAIM AMOUNT |
|---|---|---|
| Lakeport Hydroelectric Corp.<br>Box 240, 36 Bay Street<br>Manchester, NH 03105 | | |
| | 8930000018 | 1,550,661.15 |
| | 8830200218 | 25,004.15 |
| Lochmere/HDI Associates I<br>10394 W. Chatfield Ave., Suite 108<br>Littleton, CO 80127 | | |
| | 8930000019 | 2,024,039.00 |
| Lower Robertson Dam/HDI Associates III<br>10394 W. Chatfield Ave., Suite 108<br>Littleton, CO 80127 | | |
| | 8930000020 | 3,332,193.12 |
| Mad River Power Associates<br>c/o Ransmeier & Spellman<br>P.O. Box 1378<br>Concord, NH 03302–1378 | | |
| | 8930000021 | 1,035,931.41 |
| | 8829500148 | 5,722.41 |
| Marlow Power<br>44 Hanover Street<br>Keene, NH 03431 | | |
| | 8805700238 | 8,586.00 |
| | 8828500183 | 8,586.00 |
| Micon Wind Turbines, Inc.<br>1435 Frazee Rd, 305<br>San Diego, CA 92108–1336 | | |
| | 8806800218 | 6,423.74 |
| | 8811600006 | 4,869.35 |
| Mine Falls Hydroelectric Limited Partnership<br>c/o Paul F. Avery, Jr.<br>178 Drinkwater Road<br>Kensington, NH 03833 | | |
| | 8930000022 | 148,569.96 |
| | 8829900045 | 148,569.96 |
| Minnewawa Hydro Company, Inc.<br>c/o Consolidated Hydro, Inc.<br>2 Greenwich Plaza<br>Greenwich, CT 06830 | | |
| | 8930000023 | 2,754,340.00 |
| | 8830500032 | 10,940.00 |
| Monadnock Paper Mills, Inc.<br>Attn RC Van Horn<br>Antrim Road<br>Bennington, NH 03442 | | |
| | 8805700123 | 4,950.00 |
| Mount Washington<br>Attn Howard M Wemyss<br>P.O. Box 278<br>Gorham, NH 03581 | | |
| | 8806000740 | 53.82 |
| Nashua Hydro Associates<br>c/o Essex Hydro Associates<br>114 State Street<br>Boston, MA 02109 | | |
| | 8930000024 | 3,111,077.08 |
| | 8830100241 | 82,015.08 |

| CLAIMANT | CLAIM NO. | CLAIM AMOUNT |
|---|---|---|
| Neaf/Manchester<br>PO Box 7, 124 Sills Road<br>Energy Tactics, Inc.<br>Yaphank, NY 11980 | | |
| | 8829400005 | 1,702.29 |
| New Hampshire Hydro Associates<br>c/o Essex Hydro Associates<br>114 State Street<br>Boston, MA 02109 | | |
| | 8930000025 | 5,819,386.00 |
| | 8830100239 | 315,650.00 |
| Newfound Hydroelectric Company<br>4 Midland Street<br>Concord, NH 03301 | | |
| | 8930000026 | 4,664,547.20 |
| | 8805600385 | 35,620.11 |
| Pembroke Hydro Associates<br>c/o Schooner Capital Corporation<br>99 Bedford Street<br>Boston, MA 02111 | | |
| | 8930000027 | 5,941,183.02 |
| | 8830200220 | 106,999.02 |
| Penacook Hydro Associates<br>c/o Essex Hydro Associates<br>114 State Street<br>Boston, MA 02109 | | |
| | 8930000028 | 9,370,416.84 |
| | 8830100240 | 267,346.84 |
| Pinetree Power, Inc.<br>Westinghouse Building<br>Gateway Center<br>Pittsburgh, PA 15222 | | |
| | 8830500055 | 1,570,067.15 |
| Pittsfield Hydropower Co.<br>P.O. Box 149–A<br>Hamilton, MA 01936 | | |
| | 8829900046 | 17,586.09 |
| River Street Associates<br>River Street<br>Peterborough, NH 03458 | | |
| | 8930000030 | 286,252.05 |
| | 8930000029 | 181,591.98 |
| | 8830200222 | 14,311.03 |
| Bruce P. Sloat<br>P.O. Box 424<br>Lost Nation Road<br>Lancaster, NH 03584 | | |
| | 8828400029 | 227.39 |
| Somersworth Hydro Company, Inc.<br>c/o Consolidated Hydro, Inc.<br>2 Greenwich Plaza<br>Greenwich, CT 06830 | | |
| | 8930000031 | 1,278,402.36 |
| | 8830500033 | 35,286.36 |
| Steels Pond Hydro, Inc.<br>PO Box 2520<br>S. Hamilton, MA 01982 | | |
| | 8830100226 | 33,352.42 |
| Sugar River Hydroelectric Power<br>PO Box 293<br>Newport, NH 03773 | | |
| | 8830500085 | 8,343.11 |

| CLAIMANT | CLAIM NO. | CLAIM AMOUNT |
|---|---|---|
| Sunnybrook Hydro # 1<br>RFD # 2 Box 40<br>Lancaster, NH 03584 | | |
| | 8810900019 | 231.46 |
| | 8827700080 | 231.46 |
| Swans Falls Corporation<br>PO Box 40<br>South Windham, ME 04082 | | |
| | 8817900029 | 22,127.02 |
| Thomas Hodgson & Sons Inc.<br>Canal Street<br>Suncook, NH 03275 | | |
| | 8827000072 | 37,735.24 |
| Timco Inc.<br>Depot Street<br>Ctr. Barnstead, NH 03225 | | |
| | 8803500041 | 264,082.20 |
| | 8829800024 | 264,082.20 |
| | 8931000001 | 15,182,095.90 |
| Town of Sunapee, a NH Municipality<br>Main Street, P.O. Box 717<br>Sunapee, NH 03782 | | |
| | 8930000032 | 849,583.00 |
| | 8829800306 | 15,519.19 |
| Watson Associates<br>P.O. Box 1073<br>Dover, NH 03820 | | |
| | 8930000033 | 867,081.79 |
| | 8830100238 | 14,064.79 |
| W.M. Lord Excelsior<br>Division of Siemon Company<br>Carl N. Siemon, President<br>60 Echo Lake Rd., Box 400<br>Watertown, CT 06795 | | |
| | 8826300082 | 2,094.10 |
| Whitefield Biomass Energy Corp.<br>c/o Chrysler Capital Corp.<br>Greenwich Office Park I<br>Attn: Corporate Financing Grp.<br>Greenwich, CT 06836 | | |
| | 8830100211 | 35,000,000.00 |
| | 8830200188 | 35,000,000.00 |
| Whitefield Power & Light Co<br>101 First Avenue<br>Waltham, MA 02254 | | |
| | 8830600048 | 35,000,000.00 |
| | 8931000006 | 68,466,197.00 |
| Woodsville/Rochester<br>P.O. Box 689<br>Meredith, NH 03253 | | |
| | 8826600213 | 2,293.92 |